**MATTHEWS & ASSOCIATES LLP***
Brittnie C. Panetta, Esq. (SBN: 333549)
bpanetta@thematthewslawfirm.com
945 S. Main Street, Suite 210
Salinas, California 93901
Tel: (831)263-6150
Fax: (713) 535-7135

*Counsel for Plaintiffs*

**GIBSON, DUNN & CRUTCHER LLP***
Abbey Hudson, SBN 266885
 AHudson@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000

*Counsel for Defendants Moss Landing Power Company, LLC; Moss Landing Energy Storage 3, LLC; Vistra Corp.; Dynegy Operating Company; Vistra Corporate Services Company*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP***
Jeffrey N. Boozell (Bar No. 199507)
 jeffboozell@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000

*Counsel for Defendants LG Energy Solution, Ltd., LG Energy Group, LLC, LG Energy Solution Arizona, Inc., LG Energy Solution Michigan, Inc., and LG Energy Solution Vertech, Inc.*

**MUNGER, TOLLES & OLSON LLP***
BRAD D. BRIAN (SBN 79001)
 brad.brian@mto.com
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100

*Counsel for Defendant
Pacific Gas and Electric Company*

*Additional counsel on signature pages

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| DAVID C. VIERRA; DANIELLE J. VIERRA; and DANIELLE J. VIERRA as trustee of THE DELIA N. VIERRA TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>MOSS LANDING POWER COMPANY, LLC; MOSS LANDING ENERGY STORAGE 3, LLC; VISTRA CORP.; DYNEGY OPERATING COMPANY; VISTRA CORPORATE SERVICES COMPANY; LG ENERGY SOLUTION, LTD.; L.G. ENERGY GROUP, LLC; LG ENERGY SOLUTION ARIZONA, INC.; LG ENERGY SOLUTION MICHIGAN, INC.; LG ENERGY SOLUTION VERTECH, INC.; PACIFIC GAS AND ELECTRIC COMPANY; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 5:25-CV-04228-PCP<br><br>**STIPULATION AND [PROPOSED] ORDER REMANDING TO STATE COURT** |

1  The parties to the above-captioned litigation, by and through their respective counsel, hereby agree and stipulate as follows:

WHEREAS, Plaintiffs filed a Complaint on April 14, 2025, in Monterey County Superior Court, State of California., Case No. 25CV001943;

WHEREAS, Moss Landing Power Company, LLC; Moss Landing Energy Storage 3, LLC; Vistra Corp.; Dynegy Operating Company; and Vistra Corporate Services Company (collectively, "Vistra") removed *Schmidt v. Moss Landing Power Company, LLC*—a case arising out of the same event and which asserts substantially similar claims to the ones asserted in this case—from the Superior Court of the State of California for the County of Alameda (Case No. 25CV109594) to this court (Case No. 4:25-CV-02475-YGR);

WHEREAS, Plaintiffs filed an Amended Complaint in Monterey County Superior Court on May 16, 2025;

WHEREAS, also on May 16, 2025, Vistra, with the consent of LG Energy Solution, Ltd.; LG Energy Solution Arizona, Inc.; LG Energy Solution Michigan, Inc.; and LG Energy Solution Vertech, Inc. (collectively, "LG") and Pacific Gas and Electric Company ("PG&E"), removed the *Vierra* state court action to this Court;

WHEREAS, on June 16, 2025, Plaintiffs filed a motion to remand this action to the state court;

WHEREAS, on July 14, 2025, Vistra, LG, and PG&E filed oppositions to the motion to remand;

WHEREAS, on August 4, 2025, Plaintiffs filed a reply in support of the motion to remand;

WHEREAS, the Court has not yet issued an order on the motion to remand;

WHEREAS, on August 6, 2025, the court in *Schmidt* ordered remand to the state court;

WHEREAS, the Parties have agreed that this action may be remanded to the State Court;

WHEREAS, this request is made in good faith and not for the purpose of delay but for judicial and party efficiency;

WHEREAS, the Parties have agreed that each Party shall bear its own attorneys' fees and costs with respect to the removal and subsequent remand of this action.

NOW THEREFORE, the Parties hereby agree and stipulate, subject to the Court's approval, that this Court may remand this action to the State Court.

1   **IT IS SO STIPULATED**.

3   DATED: August 22, 2025                    Respectfully submitted,
4                                             **GIBSON, DUNN & CRUTCHER LLP**

                                              By: */s/ Abbey Hudson*

                                              Abbey Hudson, SBN 266885
                                              AHudson@gibsondunn.com
                                              Virginia Somaweera, SBN 318866
                                              VSomaweera@gibsondunn.com
                                              333 South Grand Avenue
                                              Los Angeles, CA 90071-3197
                                              Telephone: 213.229.7000

                                              Austin Schwing, SBN 211696
                                              Aschwing@gibsondunn.com
                                              Winston Y. Chan, SBN 214884
                                              WChan@gibsondunn.com
                                              Deena B. Klaber, SBN 285237
                                              DKlaber@gibsondunn.com
                                              One Embarcadero Center, Suite 2600
                                              San Francisco, CA 94111-3715
                                              Telephone: 415.393.8200

                                              Michael Raiff, *pro hac vice*
                                              MRaiff@gibsondunn.com
                                              2001 Ross Avenue, Suite 2100
                                              Dallas, TX 75201-2923
                                              Telephone: 214.698.3100

                                              *Counsel for Defendants Moss Landing Power Company, LLC; Moss Landing Energy Storage 3, LLC; Vistra Corp.; Dynegy Operating Company; Vistra Corporate Services Company*

| | | |
|---|---|---|
| 1 | DATED: August 22, 2025 | **MATTHEWS & ASSOCIATES LLP** |
| 2 | | By:  */s/ Brittnie C. Panetta* |
| 3 | | Brittnie C. Panetta (SBN: 333549)<br>945 S. Main Street, Suite 210<br>Salinas, California 93901<br>Phone: 831-263-6150<br>Fax: 713-535-7135<br>bpanetta@thematthewslawfirm.com |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | David P. Matthews (*pro hac forthcoming*)<br>Cameron D. Carter (*pro hac forthcoming*)<br>2905 Sackett Street<br>Houston, Texas 77098<br>Phone: 713-522-5250<br>dmatthews@thematthewslawfirm.com<br>ccarter@thematthewslawfirm.com |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | *Counsel for Plaintiffs David C. Vierra, et al.* |
| 13 | DATED: August 22, 2025 | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| 14 | | By:  */s/ Jeffrey N. Boozell* |
| 15 | | Jeffrey N. Boozell (Bar No. 199507)<br>jeffboozell@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000 |
| 16 | | |
| 17 | | |
| 18 | | Eric C. Lyttle (*pro hac vice forthcoming*)<br>ericlyttle@quinnemanuel.com<br>J. Matthew Hamann (*pro hac vice forthcoming*)<br>matthewhamann@quinnemanuel.com<br>1300 I Street, NW, Suite 900<br>Washington, D.C. 20005<br>Telephone: (202) 538-8000<br>Facsimile: (202) 538-8100 |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | Patrick J. King (*pro hac vice forthcoming*)<br>patrickking@quinnemanuel.com<br>Melanie Guzman (*pro hac vice forthcoming*)<br>melanieguzman@quinnemanuel.com |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

|   |   |
|---|---|
|   | 700 Louisiana Street, Suite 3900<br>Houston, Texas 77002<br>Telephone: (713) 221-7000<br>Facsimile: (713) 221-7100<br><br>*Counsel for Defendants LG Energy Solution, Ltd., LG Energy Group, LLC, LG Energy Solution Arizona, Inc., LG Energy Solution Michigan, Inc., and LG Energy Solution Vertech, Inc..* |
| DATED: August 22, 2025 | **MUNGER, TOLLES & OLSON LLP**<br><br>By:  /s/ Miriam Kim<br><br>Brad D. Brian (SBN 79001)<br>brad.brian@mto.com<br>Wesley T.L. Burrell (SBN 281003)<br>wesley.burrell@mto.com<br><br>350 South Grand Avenue, Fiftieth Floor<br>Los Angeles, California 90071-3426<br>Telephone: (213) 683-9100<br><br>Miriam Kim (SBN 238230)<br>miriam.kim@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>560 Mission St. 27th Fl., San Francisco, CA 94105<br>Telephone: (415) 512-4000<br><br>*Attorneys for Defendant*<br>*Pacific Gas and Electric Company* |

**ECF SIGNATURE ATTESTATION**

In accordance with Civil Local Rule 5-1, the filer of this document hereby attests under penalty of perjury that the occurrence in the filing of this document has been obtained from all signatories hereto.

Dated: August 22, 2025                    GIBSON, DUNN, & CRUTCHER LLP


                                          By:  /s/ Abbey Hudson
                                               Abbey Hudson, SBN 266885

**[PROPOSED] ORDER**

Pursuant to the stipulation of the Parties and for good cause appearing it is HEREBY ORDERED that the Clerk of the Court shall remand this action to the Monterey County Superior Court and to close this case; and that each Party shall bear its own attorney's fees and costs with respect to the removal and subsequent remand of this action.

**IT IS SO ORDERED.**

Dated: August 22, 2025

_____
U.S. District Court Judge